# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ADJUSTER RESTORATION**
**SERVICES, INC., et al.,**

      **Plaintiff(s),**

**v.**                         **CASE NO:  8:05-CV-1548-T-30EAJ**

**DANIEL J. FERNANDEZ, et al.,**

      **Defendant(s).**

_____/

## ORDER OF DISMISSAL

      THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that an Order to Show Cause (Dkt. #11) was entered on January 13, 2006, directing the Plaintiffs to show cause, in writing, why this case should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05.  No response has been filed with the Court. In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

    1)      This cause is dismissed without prejudice.

    2)      All pending motions are denied as moot.

    3)      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on February 14, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-1548.dismiss osc.wpd*